Argued April 12, 1973. *Robert S. Garrett*, with him *Egler, McGregor & Reinstadtler*, for appellant; *Wallace E. Edgecombe* and *Joseph Mark Maurizi*, with them *Royston, Robb, Leonard, Edgecombe, Miller & Urbanik*, and *Balzarini, Walsh, Conway & Maurizi*, for appellee.

Order and judgment affirmed.

## Spiegel *v.* Johnson, Appellant.

Argued April 13, 1973. *Kim Darragh*, with him *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellant; *Jerome M. Libenson*, with him *Baskin, Boreman, Milner, Sachs, Gondelman & Craig*, for appellee.

Order affirmed.

## Squires Plastics, Inc. *v.* Gould-National Batteries, Inc., Appellant.

Argued April 10, 1973. *William M. Wycoff*, with him *Thorp, Reed & Armstrong*, for appellant; *Richard G. Kotarba*, with him *Meyer, Unkovic & Scott*, for appellee.

Judgment affirmed.

SPAULDING and SPAETH, JJ., absent.

## Stortecky et ux., Appellants, *v.* Associated Dry Goods Corporation.